IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES GEORGE,<br><br>Defendant. | CR 20-03-**H**-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Michael James George (George) has been accused of violating the conditions of his supervised release. George admitted alleged violations 1, 3 and 4. George denied alleged violations 2, 5 and 6. The Court failed to satisfy its burden of proof with respect to alleged violation 2. The Court dismissed alleged violations 5 and 6 on the government's motion. George's supervised release should be revoked. George should be placed in custody until December 23, 2022, with 42 months of supervised release to follow.

## II. Status

George pleaded guilty to Distribution of Methamphetamine on August 25, 2020. (Doc. 60). The Court sentenced George to 21 months of custody, followed

by 4 years of supervised release. (Doc. 72). George's current term of supervised release began on April 30, 2021. (Doc. 84 at 1).

**Petition**

The United States Probation Office filed a Petition on June 6, 2022, requesting that the Court revoke George's supervised release. (Doc. 84). The Petition alleged that George had violated the conditions of his supervised release: 1) by committing crimes on two separate occasions; 2) by possessing a urine sample from a third party; 3) by possessing controlled substances; 4) by using heroin; and 5) by possessing ammunition.

**Initial appearance**

George appeared before the undersigned for his initial appearance on August 23, 2022. George was represented by counsel. George stated that he had read the petition and that he understood the allegations. George waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 23, 2022, and on November 1, 2022. George admitted that he had violated the conditions of his supervised release by committing the crime alleged in violation 1; 2) by

2

possessing controlled substances; and 3) by using heroin. George denied alleged violations 2, 5 and 6. The government failed to satisfy its burden of proof with respect to alleged violation 2. The Court dismissed alleged violations 5 and 6 on the government's motion. The violations that George admitted and that the government proved are serious and warrant revocation of George's supervised release.

George's violations are Grade C violations. George's criminal history category is II. George's underlying offense is a Class B felony. George could be incarcerated for up to 36 months. George could be ordered to remain on supervised release for up to 48 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

George's supervised release should be revoked. George should be incarcerated until December 23, 2022, with 42 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed George that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed George of his right to object to these Findings and Recommendations within

3

14 days of their issuance. The Court explained to George that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Michael James George violated the conditions of his supervised release: by committing the crime alleged in violation 1; by possessing controlled substances; and by using heroin.

The Court **RECOMMENDS:**

> That the District Court revoke George's supervised release and commit George to the custody of the United States Bureau of Prisons until December 23, 2022, with 42 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district

court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of November, 2022.

/s/ John Johnston
John Johnston
United States Magistrate Judge